## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MARINER IC INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:18-CV-00069-JRG |
| ASUSTEK COMPUTER INC., | § § § | (LEAD CASE) |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| MARINER IC INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:18-CV-00166-JRG |
| TIVO CORPORATION, | § § § | (MEMBER CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is Plaintiff Mariner IC Inc.'s ("Mariner") and Defendant TiVo Corporation's ("TiVo") Agreed Motion to Dismiss with Prejudice (the "Motion"). (Dkt. No. 64.) Having considered the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all claims and counterclaims asserted in the above-stled cases between Mariner and TiVo are hereby **DISMISSED WITH PREJUDICE**. Accordingly, all relief as to Mariner and TiVo not previously granted is hereby **DENIED**. It is

further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.  The Clerk is directed to **CLOSE** Case No. 2:18-CV-00166.

**So ORDERED and SIGNED this 9th day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE